# United States Court of Appeals
## For the Eighth Circuit

_____

No. 23-2498
_____

United States of America

*Plaintiff - Appellee*

v.

William Long

*Defendant - Appellant*
_____

Appeal from United States District Court
for the Western District of Arkansas - Fayetteville
_____

Submitted: February 12, 2024
Filed: March 8, 2024
[Unpublished]
_____

Before SMITH, Chief Judge, BENTON and STRAS, Circuit Judges.
_____

PER CURIAM.

The district court[1] sentenced William Long to 120 months in prison after he pleaded guilty to distributing methamphetamine. *See* 21 U.S.C. § 841(a)(1), (b)(1)(C). He argues that his sentence is substantively unreasonable.

_____

[1]The Honorable Timothy L. Brooks, United States District Judge for the Western District of Arkansas.

We conclude otherwise.  *See United States v. Harris*, 960 F.3d 1103, 1106 (8th Cir. 2020) (reviewing for an abuse of discretion).  The record establishes that the district court sufficiently considered the statutory sentencing factors, 18 U.S.C. § 3553(a), and did not rely on an improper factor or commit a clear error in judgment. *See United States v. Feemster*, 572 F.3d 455, 461–62 (8th Cir. 2009) (en banc).  It discussed several mitigating factors, including Long's family history, mental-health issues, and acceptance of responsibility, and varied downward from the recommended range.  Just because Long hoped they would be given more weight does not mean the court abused its discretion. *See United States v. Moua*, 895 F.3d 556, 560 (8th Cir. 2018) (per curiam); *see also United States v. McKanry*, 628 F.3d 1010, 1022 (8th Cir. 2011) (explaining that it is "nearly inconceivable" that a district court abused its discretion by refusing to vary downward even further (citation omitted)).  We accordingly affirm the judgment of the district court.

_____